

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MITCHELL MCATEER,** *on Behalf Of Himself and all Others Similarly Situated,* )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DCH REGIONAL MEDICAL CENTER; DCH HEALTH SYSTEMS; AVECTUS HEALTHCARE SOLUTIONS, LLC,** )<br>)<br>)<br>)<br>)<br>**Defendants** )<br>)<br>v. )<br>)<br>**BLUE CROSS BLUE SHIELD OF ALABAMA,** )<br>)<br>)<br>*nominal* **Defendant.** ) | **Case No. 2:17-CV-00859-JEO** |

## JOINT STIPULATION OF DISMISSAL

Come now the Plaintiff and Nominal Defendant Blue Cross Blue Shield of Alabama and, pursuant to Fed. R. Civ. P. 41, jointly stipulate to the dismissal, without prejudice, of Blue Cross Blue Shield of Alabama from this action. This dismissal has no effect on the claims against the other defendants and those claims remain pending.

Respectfully submitted this 23 day of June, 2017.

_____
J. Allen Schreiber
Peter H. Burke

**Of Counsel:**

**BURKE HARVEY, LLC**
3535 Grandview Pkwy., Suite 100
Birmingham, AL 35243




_____
Kimberly R. West (ASB-2419-E65K)
kwest@wallacejordan.com
Cecil H. Macoy, Jr. (ASB-3995-Y75C)
cmacoy@wallacejordan.com
Mark M. Hogewood (ASB-7651-E36M)
mhogewood@wallacejordan.com

**Of Counsel:**

**WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.**
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Phone:   (205) 870-0555
Fax:     (205) 871-7534

2

## CERTIFICATE OF SERVICE

I certify that I have on June 23, 2017 served a copy of the foregoing on all counsel of record either by the AlaFile electronic-filing system or by United States Mail, postage prepaid and addressed as follows:

DCH Regional Medical Center
809 University Blvd. E.
Tuscaloosa, AL 35401

DCH Health Systems
809 University Blvd. E.
Tuscaloosa, AL 35401

Avectus Healthcare Solutions, LLC
503 Cruise Street
Corinth, MS 38834

_____
OF COUNSEL